# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:09-CV-86

| | |
|---|---|
| **RACHEL L. GRICE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **AMENDED ORDER** |
| **NEW CONCEPTS IN** ) | |
| **MARKETING** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on its own motion. The court directs the clerk to issue process and deliver the same to the United States Marshall who shall effect service of process. Accordingly,

**IT IS SO ORDERED.**

Signed: April 3, 2009

Graham C. Mullen
United States District Judge